■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE STRAIDER, Appellant. [655 NYS2d 425] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Katz, J.), rendered April 7, 1995, convicting him of burglary in the second degree and criminal possession of stolen property in the fifth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt of burglary in the second degree is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray*, 86 NY2d 10; *People v Udzinski*, 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the People (*see, People v Contes*, 60 NY2d 620, 621), we find that it was legally sufficient to support the conviction beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the trier of the fact, which saw and heard the witnesses (*see, People v Gaimari*, 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo*, 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Rosenblatt, J. P., Miller, Ritter and Goldstein, JJ., concur.